FILED
2020 JAN -9 AM 11: 33
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2019 Grand Jury

| UNITED STATES OF AMERICA,  | CR No. CR00009 |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| v. | [18 U.S.C. § 1521: Retaliation Against a Federal Judge and Federal Law Enforcement Officer by False Claim] |
| THADDEUS JULIAN CULPEPPER, | |
| Defendant. | |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1. On September 27, 2018, defendant THADDEUS JULIAN CULPEPPER was charged in a criminal complaint in the United States District Court for the Central District of California for bank fraud, in violation of 18 U.S.C. § 1344(2), in case number 2:18-MJ-2589.

2. On October 1, 2018, a United States Magistrate Judge ordered defendant CULPEPPER detained pending trial. Since that time, defendant CULPEPPER has remained in custody at the Metropolitan Detention Center in Los Angeles, California.

3. On October 5, 2018, defendant CULPEPPER was charged in an indictment in the Central District of California with Bank Fraud, in violation of 18 U.S.C. § 1344(2), Aggravated Identify Theft, in violation of 18 U.S.C. § 1028A, Theft of Government Property, in violation of 18 U.S.C. § 641, and Passing U.S. Treasury Checks Bearing Forged Endorsements, in violation of 18 U.S.C. § 510(a)(2), in case number 2:18-CR-685-CJC.

4. Federal Judge A was a federal judge in the Central District of California presiding over defendant CULPEPPER's pending criminal case number 2:18-CR-685-CJC.

5. Beginning in or about June 2019, Federal Warden A was a Federal Bureau of Prisons employee and the Warden of the Metropolitan Detention Center in Los Angeles, California.

6. These Introductory Allegations are incorporated into each count of this Indictment.

COUNT ONE

[18 U.S.C. §§ 1521, 2(b)]

On or about July 8, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant CULPEPPER filed, attempted to file, and willfully caused the filing in a public record of a false lien and encumbrance against the real and personal property of Federal Judge A, a federal judge, on account of Federal Judge A's performance of his official duties, knowing and having reason to know that such lien and encumbrance was false and contained at least one materially false, fictitious, and fraudulent statement and representation, including a statement that defendant CULPEPPER held a perfected security interest on all assets of Federal Judge A.

```
 1                            COUNT TWO
 2                      [18 U.S.C. §§ 1521, 2(b)]
 3        On or about July 8, 2019, in Los Angeles County, within the
 4   Central District of California, and elsewhere, defendant CULPEPPER
 5   filed, attempted to file, and willfully caused the filing in a public
 6   record of a false lien and encumbrance against the real and personal
 7   property of Federal Warden A, a federal law enforcement officer, on
 8   account of Federal Warden A's performance of his official duties,
 9   knowing and having reason to know that such lien and encumbrance was
10   false and contained at least one materially false, fictitious, and
11   //
12   //
13   //
14   //
15   //
16   //
17   //
18   //
19   //
20   //
21   //
22   //
23   //
24   //
25   //
26   //
27   //
28   //
```

fraudulent statement and representation, including a statement that defendant CULPEPPER held a perfected security interest on all assets of Federal Warden A.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

MACK E. JENKINS
Assistant United States Attorney
Chief, Public Corruption and
 Civil Rights Section

DANIEL J. O'BRIEN
Assistant United States Attorney
Deputy Chief, Public Corruption
 and Civil Rights Section

VERONICA DRAGALIN
Assistant United States Attorney
Public Corruption and Civil
 Rights Section